UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:15-mj-01035-BO

UNITED STATES OF AMERICA :
:
VS. : **ORDER**
:
KAREN R. SWEET :
       DEFENDANT :

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on June 2, 2015, thirty (30) days will have passed since the defendant surrendered her license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to her by the Clerk of the United States District Court, Eastern District Of North Carolina to: 140 West Windjammer Road, Nags Head, North Carolina 27959, after June 1, 2015.

This 2 day of June, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE